IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR89 |
| vs. | |
| JESUS ACOSTA ROBLES, | **ORDER** |
| Defendant. | |

Defendant Jesus Acosta Robles appeared before the court on Monday, November 5, 2018, on a Petition for Warrant for Offender Under Supervision. (Filing No. 37). Defendant was represented by Assistant Federal Public Defender Michael F. Maloney, and the United States was represented by Assistant U.S. Attorney Donald J. Kleine. Defendant freely, knowingly, intelligently, and voluntarily waived his right to a probable cause hearing and probable cause is found as alleged. Defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

The government moved for detention. A portion of the detention hearing was held, and the remainder of the hearing was continued to November 6, 2018, to allow the supervising U.S. Probation Officer to arrange for Public Law placement and investigate Defendant's temporary release plan. Judge Bataillon then granted a petition to modify conditions of supervised release. (Filing No. 49). The government did not oppose Defendant's release to the residential reentry center (RRC) at Dismiss Charities in Sioux City, Iowa during the detention hearing held on November 6, 2018. Therefore, Defendant will be released on the current and modified conditions of supervision.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on December 21, 2018, at 2:00 p.m. Defendant must be present in person.

2. Defendant is to be released on the current and modified conditions of supervision with the added condition that he be placed at Dismiss Charities in Sioux City, Iowa on November 7, 2018.

3. The U.S. Marshal will release Defendant by 9:00 a.m. on November 7, 2018, so that Defendant arrives no later than 1:00 p.m. at Dismiss Charities in Sioux City, Iowa, unless otherwise approved by the court or Defendant's supervising U.S. Probation Officer.

Dated this 6th day of November, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge